**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL BRENT PECTOL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRENT ERNEST PECTOL, et al.,<br><br>　　　　　Defendants. | Case No. CV 18-5870 JAK (SS)<br><br>**ORDER RE PLAINTIFF'S FAILURE TO PAY FILING FEES AND DISMISSING ACTION** |

　　On July 13, 2018, the Court DENIED Plaintiff's request to file this action without prepayment of the filing fees. The Court ordered plaintiff to pay the filing fees in full within 30 days and advised him that failure to do so would result in dismissal of

\\
\\
\\
\\

the action.  Plaintiff has failed to pay the fees or otherwise respond.  Accordingly, the action is DISMISSED.

    IT IS SO ORDERED.

DATED: August 15, 2018

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

Presented by:

/S/
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE